Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Southern District of Texas**

Case number (if known): _____   Chapter __11__

☐ Check if this is an amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | |
|---|---|
| **1. Debtor's name** | **JL Texas Pallets & Logistics LLC** |
| **2. All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as names* | **Tomball Pallets LLC** |
| **3. Debtor's federal Employer Identification Number (EIN)** | 8 5 – 2 8 0 9 8 9 4 |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **632 Northew Street** | |
| Number      Street | Number      Street |
| **Houston, TX 77091** | |
| City                    State    ZIP Code | City                    State    ZIP Code |
| **Harris** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number      Street |
| | City                    State    ZIP Code |

| | |
|---|---|
| **5. Debtor's website (URL)** | **www.jltexaspallets.com** |

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **JL Texas Pallets & Logistics LLC**                                    Case number *(if known)* _____
_____
        Name

**7. Describe debtor's business**     A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. §101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. §781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes .

_____  _____  _____  _____

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**     *Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check **all** that apply:*

A debtor who is a "small business debtor" must check the first subbox. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☑ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☐ No

☑ Yes.  District **Southern District of Texas**  When **2/28/2024**  Case number **24-30802**
                                                            MM / DD / YYYY

       District _____  When _____  Case number _____
                                                 MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes.  Debtor _____  Relationship _____

       District _____  When _____
                                                          MM / DD / YYYY

       Case number, if known _____

Debtor   __JL Texas Pallets & Logistics LLC_____   Case number *(if known)*_____
　　　　　　Name

| | |
|---|---|
| **11. Why is the case filed in *this district*?** | *Check all that apply:*<br><br>☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.<br><br>☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No<br><br>☐ Yes.　Answer below for each property that needs immediate attention. Attach additional sheets if needed.<br><br>**Why does the property need immediate attention?** *(Check all that apply.)*<br><br>☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br><br>　What is the hazard? _____<br><br>☐ It needs to be physically secured or protected from the weather.<br><br>☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).<br><br>☐ Other<br><br>**Where is the property?** _____<br>　　　　　　　　　　　　Number　　　　Street<br><br>　　　　　　　　　　_____<br><br>　　　　　　　　　　_____　　_____　　_____<br>　　　　　　　　　　City　　　　　　　　　　　　　State　　ZIP Code<br><br>**Is the property insured?**<br>☐ No<br>☐ Yes.　Insurance agency _____<br>　　　　　Contact name _____<br>　　　　　Phone _____ |

---

## Statistical and administrative information

| | |
|---|---|
| **13. Debtor's estimation of available funds?** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |
| **14. Estimated number of creditors** | ☑ 1-49　　☐ 50-99　　　☐ 1,000-5,000　☐ 5,001-10,000　　☐ 25,001-50,000　☐ 50,000-100,000<br>☐ 100-199　☐ 200-999　☐ 10,001-25,000　　　　　　　　　☐ More than 100,000 |
| **15. Estimated assets** | ☐ $0-$50,000　　　　　☐ $1,000,001-$10 million　　☐ $500,000,001-$1 billion<br>☐ $50,001-$100,000　　☐ $10,000,001-$50 million　☐ $1,000,000,001-$10 billion<br>☑ $100,001-$500,000　☐ $50,000,001-$100 million　☐ $10,000,000,001-$50 billion<br>☐ $500,001-$1 million　☐ $100,000,001-$500 million　☐ More than $50 billion |

Debtor   **JL Texas Pallets & Logistics LLC**                      Case number *(if known)* _____
             Name

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **06/11/2024**
              MM/ DD/ YYYY

**X** **/s/ Jerry Marshall**                              **Jerry Marshall**
Signature of authorized representative of debtor          Printed name

Title   **JSM Member**

**18. Signature of attorney**

**X**         **/s/ Robert C Lane**              Date **06/11/2024**
Signature of attorney for debtor                      MM/ DD/ YYYY

**Robert C Lane**
Printed name

**The Lane Law Firm**
Firm name

**6200 Savoy Dr Ste 1150**
Number          Street

**Houston**                          **TX**      **77036-3369**
City                                 State    ZIP Code

**(713) 595-8200**                   **notifications@lanelaw.com**
Contact phone                        Email address

**24046263**                         **TX**
Bar number                           State

Fill in this information to identify the case:

Debtor Name **JL Texas Pallets & Logistics LLC**

United States Bankruptcy Court for the: **Southern** District of **Texas**

(State)

Case number (If known):

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No. Go to Part 2.
   ☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

2. **Cash on hand**

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **Wells Fargo** | **Checking account** | **4  1  8  1** | **unknown** |

4. **Other cash equivalents** *(Identify all)*

   4.1
   4.2

5. **Total of Part 1**

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

   ☐ No. Go to Part 3.
   ☑ Yes. Fill in the information below.

   Current value of debtor's interest

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

| 7.1 **CP-632 Northew LLC** | **$5,000.00** |
| --- | --- |

Debtor    **JL Texas Pallets & Logistics LLC**        Case number *(if known)* _____
Name

---

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1 _____    _____

8.2 _____    _____

9. **Total of Part 2**                                       **$5,000.00**

Add lines 7 through 8. Copy the total to line 81.

### Part 3: Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

11. **Accounts receivable**

11a. 90 days old or less:   **$52,872.00**  -  **$0.00**  =.....➡   **$47,398.97**
              face amount      doubtful or uncollectible accounts

11b. Over 90 days old:   **$30,106.24**  -  **$28,562.10**  =.....➡   **$0.00**
              face amount      doubtful or uncollectible accounts

12. **Total of Part 3**                                  **$47,398.97**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

### Part 4: Investments

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes. Fill in the information below.

|  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1 _____   _____   _____

14.2 _____   _____   _____

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:            % of ownership:

15.1. _____   _____   _____   _____

15.2. _____   _____   _____   _____

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

Debtor    **JL Texas Pallets & Logistics LLC**            Case number *(if known)* _____
           Name

| 16.1 | | | |
|---|---|---|---|
| 16.2 | | | |

17. **Total of Part 4**
    Add lines 14 through 16. Copy the total to line 83.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | MM / DD / YYYY | | | |
| **20. Work in progress** | MM / DD / YYYY | | | |
| **21. Finished goods, including goods held for resale** | MM / DD / YYYY | | | |
| **22. Other inventory or supplies** **Blades for Saws** | MM / DD / YYYY | **unknown** | | **$2,500.00** |

23. **Total of Part 5**
    Add lines 19 through 22. Copy the total to line 84.                    **$2,500.00**

24. **Is any of the property listed in Part 5 perishable?**

☑ No
☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No
☐ Yes.  Book value _____ Valuation method _____ Current value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes. Fill in the information below.

Debtor  **JL Texas Pallets & Logistics LLC**
Name

Case number *(if known)*

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28. **Crops—either planted or harvested** | | | |
| 29. **Farm animals** *Examples:* Livestock, poultry, farm-raised fish | | | |
| 30. **Farm machinery and equipment** (Other than titled motor vehicles) | | | |
| 31. **Farm and fishing supplies, chemicals, and feed** | | | |
| 32. **Other farming and fishing-related property not already listed in Part 6** | | | |

33. **Total of Part 6**
Add lines 28 through 32. Copy the total to line 85.

34. **Is the debtor a member of an agricultural cooperative?**
☑ No
☐ Yes. Is any of the debtor's property stored at the cooperative?
  ☐ No
  ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
☑ No
☐ Yes.  Book value _____  Valuation method _____  Current value _____

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
☑ No
☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**
☐ No. Go to Part 8.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |

Debtor   **JL Texas Pallets & Logistics LLC**                                            Case number *(if known)* _____
       Name

| | | | |
|---|---|---|---|
| **Wall Decor** | unknown | | $300.00 |
| **Desks (6)** | unknown | Fair Market Value | $600.00 |
| **Chairs (16)** | unknown | Fair Market Value | $400.00 |
| **Filing Cabinets (5)** | unknown | Fair Market Value | $100.00 |
| **Tables (5)** | unknown | Fair Market Value | $500.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| **Phone** | unknown | Fair Market Value | $500.00 |
| **Printer/Copier** | unknown | Fair Market Value | $1,000.00 |
| **Computers (4)** | unknown | Fair Market Value | $1,200.00 |
| **Monitors (6)** | unknown | Fair Market Value | $300.00 |
| **Nail Guns (13)** | unknown | fair market value | $1,950.00 |
| **Saws (4)** | unknown | | $5,000.00 |

42. **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

    42.1

    42.2

    42.3

43. **Total of Part 7**

    Add lines 39 through 42. Copy the total to line 86.                                              $11,850.00

44. **Is a depreciation schedule available for any of the property listed in Part 7?**

    ☑ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**

    ☑ No
    ☐ Yes

**Part 8:**   Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

| Debtor | **JL Texas Pallets & Logistics LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

| | | | | |
|---|---|---|---|---|
| 47. | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| | 47.1 **2022 RAM 4500** / **VIN: 3482** | unknown | Fair Market Value | $70,000.00 |
| | 47.2 **2014 Freightliner M2112645** / **VIN: 3289** | unknown | Fair Market Value | $28,000.00 |
| | 47.3 **2022 Doosan G30N Lift Truck - Lease** / **Lease** | unknown | | $0.00 |
| | 47.4 **2022 Doosan G35s-7 Lift Truck - Lease** / **Lease** | unknown | | $0.00 |
| | 47.5 **2014 Toyota Forklift** / **power industrial truck forklift - Lease** | unknown | | $0.00 |
| 48. | **Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| | 48.1 **2021** / **VIN: 7HCGF4024NB030054 Gooseneck 40' flatbed trailer** | unknown | | $14,000.00 |
| 49. | **Aircraft and accessories** | | | |
| | 49.1 | | | |
| | 49.2 | | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| | **2021 Grizzly 651320** / **Small Dust Collector** | unknown | Fair Market Value | $600.00 |
| | **2022 Grainger 3AA26B** / **Industrial Dust Collector** | unknown | Fair Market Value | $500.00 |
| | **2023 Grainger 3AA26B** / **Industrial Dust Collector** | unknown | Fair Market Value | $800.00 |
| | **2023 Grainger 3AA26B** / **Industrial Dust Collector** | unknown | Fair Market Value | $800.00 |
| | **2023 Go Fast PESW-B9039AX-R58** / **2NXL One Piece Riser Conveyor** | unknown | Fair Market Value | $3,500.00 |
| | **2005 Pendu 7500** / **Pendu Deck Unscrambler Pop Up Saw System** | unknown | Fair Market Value | $18,000.00 |
| | **2022 Go Fast 2 NXL Notcher** / **Double Head Notcher** | unknown | Fair Market Value | $15,000.00 |
| | **2020 Grizzly G0503** / **Resaw One Head** | unknown | Fair Market Value | $8,000.00 |
| | **2022 Grizzly G0503** / **Resaw One Head - Lease** | unknown | Fair Market Value | unknown |
| | **Ozen Air Technology OASC11T** / **Air Compressor** | unknown | Fair Market Value | $8,000.00 |
| | **2020 Holtec Precision Mobile Cross Cut Saw** / **Transcut II** | unknown | | $3,500.00 |
| | **1993 Brewer American 5 Head Re-Saw** | unknown | | $25,000.00 |
| 51. | **Total of Part 8** <br> Add lines 47 through 50. Copy the total to line 87. | | | $195,700.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

| Debtor | **JL Texas Pallets & Logistics LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| 53. | **Has any of the property listed in Part 8 been appraised by a professional within the last year?** |
|---|---|
| | ☑ No |
| | ☐ Yes |

| **Part 9:** | Real property |
|---|---|

**54.** **Does the debtor own or lease any real property?**

☐ No. Go to Part 10.
☑ Yes. Fill in the information below.

**55.** **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1 **Office Space /** 632 Northew St c<br>Houston, TX 77091 | **Lease** | **unknown** | | **$0.00** |

**56.** **Total of Part 9**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88. **$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 10:** | Intangibles and intellectual property |
|---|---|

**59.** **Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.
☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **Patents, copyrights, trademarks, and trade secrets** | | | |
| | | | |
| **61.** **Internet domain names and websites** | | | |
| **www.jltexaspallets.com** | **unknown** | | **$1.00** |
| **62.** **Licenses, franchises, and royalties** | | | |
| | | | |
| **63.** **Customer lists, mailing lists, or other compilations** | | | |
| | | | |

Debtor   **JL Texas Pallets & Logistics LLC**                                   Case number *(if known)* _____
_____
Name

---

64. **Other intangibles, or intellectual property**

    _____    _____    _____    _____

65. **Goodwill**

    _____    _____    _____    _____

66. **Total of Part 10**

    Add lines 60 through 65. Copy the total to line 89.                        | **$1.00** |

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

    ☑ No

    ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

    ☑ No

    ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

    ☑ No

    ☐ Yes

---

**Part 11:**   All other assets

---

70. **Does the debtor own any other assets that have not yet been reported on this form?**

    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☐ No. Go to Part 12.

    ☑ Yes. Fill in the information below.

    |  | **Current value of debtor's interest** |
    | --- | --- |

71. **Notes receivable**

    Description (include name of obligor)

    _____    _____ – _____    = ➡    _____
                                 Total face amount   doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

    Description (for example, federal, state, local)

    _____    Tax year _____    _____

    _____    Tax year _____    _____

    _____    Tax year _____    _____

73. **Interests in insurance policies or annuities**

    _____                          _____

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

---

Debtor      **JL Texas Pallets & Logistics LLC**                                    Case number *(if known)*_____
            Name

**Nature of claim**      _____

**Amount requested**     _____

75.  **Other contingent and unliquidated claims or causes of action of
     every nature, including counterclaims of the debtor and rights to
     set off claims**

     **Possible Claims against MCA Lenders for claims including but not limited to fraud, usury, breach of
     contract**                                                                                              **unknown**

**Nature of claim**      **Unknown**

**Amount requested**         **unknown**

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season
     tickets, country club membership

78.  **Total of Part 11**

     Add lines 71 through 77. Copy the total to line 90.

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

     ☑ No

     ☐ Yes

Debtor    **JL Texas Pallets & Logistics LLC**                                         Case number *(if known)*
               Name

---

**Part 12:**    Summary

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | unknown | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $5,000.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $47,398.97 | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,500.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $11,850.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $195,700.00 | |
| 88. **Real property.** *Copy line 56, Part 9*..................................................➤ | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +    unknown | |
| 91. **Total.** *Add lines 80 through 90 for each column*............................91a. | $262,449.97 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ................................................... | | $262,449.97 |

Fill in this information to identify the case:

Debtor name __JL Texas Pallets & Logistics LLC__

United States Bankruptcy Court for the: __Southern__   District of __Texas__
(State)

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property 12/15

Be as complete and accurate as possible.

1. **Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   ☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
| --- | --- |

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.1**

| Creditor's name | Describe debtor's property that is subject to a lien | | |
| --- | --- | --- | --- |
| **Ally Bank** | 2022 RAM 4500 | $75,854.34 | $70,000.00 |

**Creditor's mailing address**

**c/o AIS Portfolio Services LLC**

**4515 N Santa Fe Ave Dept APS**

**Oklahoma City, OK 73118**

**Describe the lien**

**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Creditor's email address, if known**

_____

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

_____

_____

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**                    $572,102.98

Debtor    **JL Texas Pallets & Logistics LLC**                                                    Case number (if known) _____
         _____
              Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

Column A — Amount of claim — Do not deduct the value of collateral.

Column B — Value of collateral that supports this claim

**2.2** **Creditor's name**

**Ascentium Capital**

**Creditor's mailing address**

**aka Regions Bank**

**23970 US-59**

**Kingwood, TX 77339**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

        _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2023 Go Fast PESW-B9039AX-R58

**Describe the lien**

**Equipment Finance**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Amount of claim: **$9,500.00**

Value of collateral: **$3,500.00**

Debtor   **JL Texas Pallets & Logistics LLC**                         Case number (if known) _____
         Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A**
Amount of claim
Do not deduct the value of collateral.

**Column B**
Value of collateral that supports this claim

**2.3** **Creditor's name**

**Ascentium Capital**

**Creditor's mailing address**

**23970 Highway 59 North**

**Kingwood, TX 77339**

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account** __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

2022 Go Fast 2 NXL Notcher

**Describe the lien**

**Equipment Finance**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

|  |  |
|---|---|
| $13,300.00 | $15,000.00 |

Debtor      **JL Texas Pallets & Logistics LLC**                                    Case number (if known) _____
      Name

| Part 1: | Additional Page | | |
|---|---|---|---|

|  | | Column A | Column B |
|---|---|---|---|
| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

**2.4** **Creditor's name**

**Ascentium Capital**

**Creditor's mailing address**

**aka Regions Bank**

**23970 US-59**

**Kingwood, TX 77339**

**Creditor's email address, if known**

_____

**Date debt was incurred**        **11/19/21**

**Last 4 digits of account number**     **7   8   2   6**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.

    _____

    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Remarks:** 2021 40' Gooseneck trailer

**Describe debtor's property that is subject to a lien**

2021

**Describe the lien**

**Puchase Money**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$12,697.91**      Column B: **$14,000.00**

Debtor  **JL Texas Pallets & Logistics LLC**
_____          Case number (if known) _____
Name

| Part 1: | Additional Page | | Column A | Column B |
|---------|-----------------|---|----------|----------|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.5**  **Creditor's name**
**CIT Bank Direct Capital**

**Creditor's mailing address**
**155 Commerce Way**

**Portsmouth, NH 03801**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account** **6  1  3  0**
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the
    relative priority?

    ☐ No.  Specify each creditor, including
        this creditor, and its relative
        priority.
        _____
        _____

    ☐ Yes. The relative priority of creditors
        is specified on lines _____

**Remarks:** Will surrender 2014 Freightliner VIN3289

**Describe debtor's property that is subject to a lien**
2014 Freightliner M2112645

**Describe the lien**
**Purchase Money Security**
_____

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$70,544.55**          **$28,000.00**

Debtor    **JL Texas Pallets & Logistics LLC**                              Case number (if known) _____
          Name

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral**<br>**that supports this**<br>**claim** |

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.6** **Creditor's name**

**East Montgomery Co. Economic Dev Corp**

**Creditor's mailing address**

**21575 US Hwy 59 N Ste 200**

**Splendora, TX 77372**

**Creditor's email address, if known**

**Date debt was incurred**    **05/28/2021**

**Last 4 digits of account number**    __ __ __ __

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

   _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

Accounts receivable under 90 days

**Describe the lien**

  UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

| | Column A | Column B |
|---|---|---|
| | $12,715.04 | $47,398.97 |

Debtor  **JL Texas Pallets & Logistics LLC**
_____
Name

Case number (if known) _____

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.7** Creditor's name

   **East Montgomery Co. Economic Dev. Corp.**

   Creditor's mailing address

   **21575 US Hwy 59 N 200**

   **Splendora, TX 77372**

   Creditor's email address, if known

   _____

   Date debt was incurred    **11/12/2021**

   Last 4 digits of account number    ___ ___ ___ ___

   Do multiple creditors have an interest in the same property?

   ☑ No
   ☐ Yes. Have you already specified the relative priority?

      ☐ No.  Specify each creditor, including this creditor, and its relative priority.

      _____

      ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**
_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Is anyone else liable on this claim?**

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$55,409.11**        **unknown**

Debtor   **JL Texas Pallets & Logistics LLC**                          Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A | Column B |
|---|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

*Column A*
**Amount of claim**
Do not deduct the value of collateral.

*Column B*
**Value of collateral that supports this claim**

**2.8** **Creditor's name**

**Hanmi Bank**

**Describe debtor's property that is subject to a lien**

2005 Pendu 7500                                           $29,552.68        $18,000.00

**Creditor's mailing address**

**2010 Main Street 590**

**92614**

**Describe the lien**

_____

**Creditor's email address, if known**

_____

**Is the creditor an insider or related party?**

☑ No
☐ Yes

**Date debt was incurred**   **5/27/22**

**Last 4 digits of account number**   __ __ __ __

**Is anyone else liable on this claim?**

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**Do multiple creditors have an interest in the same property?**

☑ No
☐ Yes. Have you already specified the relative priority?

☐ No. Specify each creditor, including this creditor, and its relative priority.

_____
_____

☐ Yes. The relative priority of creditors is specified on lines _____

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Debtor   **JL Texas Pallets & Logistics LLC**                                    Case number (if known) _____
         Name

| Part 1: | Additional Page | | Column A<br>**Amount of claim**<br>Do not deduct the value<br>of collateral. | Column B<br>**Value of collateral<br>that supports this<br>claim** |
|---|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.9**

**Creditor's name**

Millstone Funding, Inc.

**Creditor's mailing address**

PO Box 43575

Cincinnati, OH 45243

**Creditor's email address, if known**

_____

**Date debt was incurred**   12/06/2023

**Last 4 digits of account**   __ __ __ __
**number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Have you already specified the relative priority?

   ☐ No.  Specify each creditor, including this creditor, and its relative priority.

     _____

     _____

   ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

UCC

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☑ Disputed

**Column A:** $90,249.95

**Column B:** unknown

Debtor    **JL Texas Pallets & Logistics LLC**        Case number (if known) _____
Name

| Part 1: | Additional Page | Column A | Column B |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**Column A** — Amount of claim. Do not deduct the value of collateral.

**Column B** — Value of collateral that supports this claim

**2.10**   Creditor's name

**OnDeck Capital Inc.**

Creditor's mailing address

**Attn: Director of Operations**

**4700 W. Daybreak Pwy Suite 200**

**South Jordan, UT 84009**

Creditor's email address, if known

_____

Date debt was incurred _____

Last 4 digits of account number   **2  5  4  6**

Do multiple creditors have an interest in the same property?

☑ No

☐ Yes. Have you already specified the relative priority?

    ☐ No.   Specify each creditor, including this creditor, and its relative priority.

      _____

      _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____

_____

_____

**Describe the lien**

**UCC**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent

☐ Unliquidated

☐ Disputed

Column A: **$162,921.00**

Column B: **unknown**

Debtor  **JL Texas Pallets & Logistics LLC**
Name

Case number (if known) _____

| Part 1: | Additional Page | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

**2.11** **Creditor's name**
**Targeted Lease Capital**

**Creditor's mailing address**
**5500 Main Street Suite 300**

**Buffalo, NY 14221**

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account**    **1   2   4   6**
**number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Have you already specified the relative priority?

    ☐ No.  Specify each creditor, including this creditor, and its relative priority.
    _____
    _____

    ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**
1993 Brewer American 5 Head Re-Saw

**Describe the lien**
**Purchase Money Security**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$39,358.40**          **$25,000.00**

Debtor    **JL Texas Pallets & Logistics LLC**

_____
Name

Case number (if known) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **First Citizens Bank & Trust**<br>**Attn: Recovery**<br>**10201 Centurion Parkway N**<br>**Jacksonville, FL 32256** | Line 2. **5** | ___ ___ ___ ___ |
| **Marks Richardson PC**<br>**3700 Buffalo Speedway Ste 830**<br>**Houston, TX 77098** | Line 2. **6** | ___ ___ ___ ___ |
| **Padfield & Stout**<br>**420 Throckmorton Street Suite 1210**<br>**Fort Worth, TX 76102** | Line 2. **8** | ___ ___ ___ ___ |
| **Zwicker & Associates PC**<br>**80 Minuteman Rd**<br>**Andover, MA 01810** | Line 2. **10** | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |
|  | Line 2. ___ | ___ ___ ___ ___ |

Debtor    **JL Texas Pallets & Logistics LLC**
          Name                                          Case number (if known) _____

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| _____ <br> _____ <br> _____ | Line 2. ___ | __ __ __ __ |

Fill in this information to identify the case:

Debtor name _____**JL Texas Pallets & Logistics LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                    **12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**   **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507)

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2.**   **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br><br>__The Lane Law Firm__<br><br>__6200 Savoy Suite 1150__<br><br>__Houston, TX 77036__<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the Claim:<br>_____<br><br>**Is the claim subject to offset?**<br>☑ No<br>☐ Yes | **unknown** | **unknown** |
| **2.2** | Priority creditor's name and mailing address<br><br>_____<br><br>_____<br><br>_____<br><br>Date or dates debt was incurred<br>_____<br><br>Last 4 digits of account number ___ ___ ___ ___<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) ___ | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br>_____<br><br>**Is the claim subject to offset?**<br>☐ No<br>☐ Yes | _____ | _____ |

Debtor  **JL Texas Pallets & Logistics LLC**
          Name                                                      Case number *(if known)* _____

| **Part 2:** | List All Creditors with NONPRIORITY Unsecured Claims |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

**Amount of claim**

**3.1**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$2,332.93**
*Check all that apply.*
   **48Forty Solutions**                                          ☐ Contingent
   **11740 Katy Freeway Suite 1200**                              ☐ Unliquidated
   **Houston, TX 77079**                                          ☐ Disputed

                                                                  Basis for the claim:  **Materials**
   Date or dates debt was incurred  _____
                                                                  Is the claim subject to offset?
   Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

**3.2**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$126,000.00**
*Check all that apply.*
   **All Star Forest Productions, Inc.**                          ☐ Contingent
   **PO Box 7538**                                                ☐ Unliquidated
   **Jackson, MS 39284**                                          ☐ Disputed

                                                                  Basis for the claim:  **Vendors**
   Date or dates debt was incurred  **01/23/2023**
                                                                  Is the claim subject to offset?
   Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

**3.3**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$33,315.33**
*Check all that apply.*
   **Alpine Lumber**                                              ☐ Contingent
   **13913 Greenland Drive**                                      ☐ Unliquidated
   **Stafford, TX 77477**                                         ☐ Disputed

                                                                  Basis for the claim:  **Materials**
   Date or dates debt was incurred  _____
                                                                  Is the claim subject to offset?
   Last 4 digits of account number  ___ ___ ___ ___               ☑ No
                                                                  ☐ Yes

**3.4**  Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is:          **$7,934.98**
*Check all that apply.*
   **Birmingham International Forest Products**                   ☐ Contingent
   **300 Riverhills Business Park Suite 320**                     ☐ Unliquidated
   **Birmingham, AL 35242**                                       ☐ Disputed

                                                                  Basis for the claim:  **Materials**
   Date or dates debt was incurred  _____
                                                                  Is the claim subject to offset?
   Last 4 digits of account number  **4  5  9  1**                ☑ No
                                                                  ☐ Yes

Debtor   **JL Texas Pallets & Logistics LLC**
Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

**3.5** Nonpriority creditor's name and mailing address

**BlueVine Capital Inc.**

**401 Warren St 300**

**Redwood City, CA 94063**

Date or dates debt was incurred   **11/1/22**

Last 4 digits of account number   **5  0  3  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Line of Credit**

Is the claim subject to offset?
☑ No
☐ Yes

$78,518.65

---

**3.7** Nonpriority creditor's name and mailing address

**Capital One NA by American Infosource as Agent**

**4515 N Sante Fe Ave**

**Oklahoma City, OK 73118**

Date or dates debt was incurred   _____

Last 4 digits of account number   **6  2  6  6**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Credit Card**

Is the claim subject to offset?
☑ No
☐ Yes

$2,467.41

---

**3.8** Nonpriority creditor's name and mailing address

**Clicklease LLC**

**1182W W 2400 S**

**West Valley City, UT 84119**

Date or dates debt was incurred   _____

Last 4 digits of account number   **8  2  2  8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Lease Rejection**

Is the claim subject to offset?
☑ No
☐ Yes

$14,186.87

---

**3.9** Nonpriority creditor's name and mailing address

**First Citizens Bank & Trust**

**Attn: Recovery**

**10201 Centurion Parkway N**

**Jacksonville, FL 32256**

Date or dates debt was incurred   _____

Last 4 digits of account number   **0  0  2  9**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   _____

Is the claim subject to offset?
☑ No
☐ Yes

$1,022.57

---

Debtor    **JL Texas Pallets & Logistics LLC**
_____
          Name

Case number *(if known)* _____

---

| **Part 2:** | Additional Page |
|---|---|

---

**3.10** Nonpriority creditor's name and mailing address

**First Citizens Bank & Trust**

**Attn: Recovery**

**10201 Centurion Parkway N**

**Jacksonville, FL 32256**

Date or dates debt was incurred    _____

Last 4 digits of account number    **3   0   9   4**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset?
☑ No
☐ Yes

$6,699.89

---

**3.11** Nonpriority creditor's name and mailing address

**GKI Infill Houston LLC**

**10275 W Higgins Rd 810**

**Des Plaines, IL 60018**

Date or dates debt was incurred    _____

Last 4 digits of account number    **8   2   2   8**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Lease Rejection**

Is the claim subject to offset?
☑ No
☐ Yes

$346,955.48

---

**3.12** Nonpriority creditor's name and mailing address

**Legacy Wood Products, LLC**

**1050 Girdley Street**

**West Plains, MO 65775**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Inventory Purchases**

Is the claim subject to offset?
☑ No
☐ Yes

$13,811.20

---

**3.13** Nonpriority creditor's name and mailing address

**Lodge Lumber Company**

**5001 Oates Road**

**Houston, TX 77013**

Date or dates debt was incurred    _____

Last 4 digits of account number    ___ ___ ___ ___

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?
☑ No
☐ Yes

$56,821.47

---

Debtor  **JL Texas Pallets & Logistics LLC**

Name

Case number *(if known)* _____

| **Part 2:** | Additional Page |
|---|---|

---

**3.15** | Nonpriority creditor's name and mailing address

**PNC Bank**

**655 Business Center Drive**

**Horsham, PA 19044**

Date or dates debt was incurred _____

Last 4 digits of account number   **2   3   6   5**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Lease**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.16** | Nonpriority creditor's name and mailing address

**PNC Bank**

**655 Business Center Drive**

**Horsham, PA 19044**

Date or dates debt was incurred _____

Last 4 digits of account number   **8   5   2   9**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [x] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Lease Rejection**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

unknown

---

**3.17** | Nonpriority creditor's name and mailing address

**Sapphire Lumber Company**

**548 Tammany Lane**

**Hamilton, MT 59840**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Materials**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$109,000.00

---

**3.18** | Nonpriority creditor's name and mailing address

**Southern Carlson**

**7425 Pinemont Drive Suite 300**

**Houston, TX 77040**

Date or dates debt was incurred _____

Last 4 digits of account number   ___ ___ ___ ___

**As of the petition filing date, the claim is:**
*Check all that apply.*
- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

**Basis for the claim:** **Materials**

**Is the claim subject to offset?**
- [x] No
- [ ] Yes

$17,902.88

---

Debtor     **JL Texas Pallets & Logistics LLC**
           Name

Case number *(if known)* _____

---

**Part 2:** Additional Page

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,500.00 |
|---|---|---|---|

**T J Forest Inc**

**104 3rd Street S**

**Nampa, ID 83651**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | unknown |
|---|---|---|---|

**Toyota Industries Comm. Fin. Inc.**

**PO Box 9050**

**Coppell, TX 75019**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☑ Unliquidated
- ☐ Disputed

Basis for the claim:  **Lease Rejection**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,000.00 |
|---|---|---|---|

**UFP Western Division**

**2801 East Beltline NE**

**Grand Rapids, MI 49525**

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Materials**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,345.00 |
|---|---|---|---|

**W.W. Grainger Inc**

**401 South Wright Rd W4W.R47**

**Janesville, WI 53546**

Date or dates debt was incurred _____

Last 4 digits of account number  2  2  9  1

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset?
- ☑ No
- ☐ Yes

---

Debtor   **JL Texas Pallets & Logistics LLC**
_____
Name                                                                 Case number *(if known)* _____

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** **Derek A. Henderson, Attorney at Law** <br> **1765-A Lelia Drive Suite 103** <br> **Jackson, MS 39216** | Line **3.2** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.2** **Kirkorsky, Mark A.** <br> **PO Box 25287** <br> **Tempe, AZ 85285** | Line **3.4** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.3** **Padfield & Stout** <br> **420 Throckmorton Street Suite 1210** <br> **Fort Worth, TX 76102** | Line **3.15** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.4** **Padfield & Stout** <br> **420 Throckmorton Street Suite 1210** <br> **Fort Worth, TX 76102** | Line **3.16** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |
| **4.5** **Toyota Commercial Finance** <br> **c/o Weltman, Weinberg, Reis Co.** <br> **965 Keynote Circle** <br> **Independence, OH 44131** | Line **3.20** <br> ☐ Not listed. Explain _____ | ___ ___ ___ ___ |

Debtor    **JL Texas Pallets & Logistics LLC**
Name

Case number *(if known)* _____

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.**    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. | **Total claims from Part 1** | 5a. | **$0.00** |
| 5b. | **Total claims from Part 2** | 5b.   **+** | **$861,814.66** |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | **$861,814.66** |

Fill in this information to identify the case:

Debtor name **JL Texas Pallets & Logistics LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____ Chapter **11**

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

1.  Does the debtor have any executory contracts or unexpired leases?

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| **2.1** | State what the contract or lease is for and the nature of the debtor's interest | **2022 Grizzly G0503** | **Clicklease LLC** |
| | | **Contract to be REJECTED** | **1182W W 2400 S** |
| | State the term remaining | **0 months** | **West Valley City, UT 84119** |
| | List the contract number of any government contract | | |
| **2.2** | State what the contract or lease is for and the nature of the debtor's interest | **Office and warehouse space** | **CP-632 Northew LLC** |
| | | **Contract to be ASSUMED** | **Po Box 800239** |
| | State the term remaining | **35 months** | **Dallas, TX 75380-0239** |
| | List the contract number of any government contract | | |
| **2.3** | State what the contract or lease is for and the nature of the debtor's interest | **Building Lease** | **FPIP TX1, L.P.** |
| | | **Contract to be REJECTED** | **8381 Westview Drive Suite 200** |
| | State the term remaining | **30 months** | **Houston, TX 77055** |
| | List the contract number of any government contract | | |
| **2.4** | State what the contract or lease is for and the nature of the debtor's interest | **2022 Doosan G30N Lift Truck** | **PNC Equipment Finance Lease** |
| | | **Contract to be ASSUMED** | **655 Business Center Drive** |
| | State the term remaining | **45 months** | **Horsham, PA 19044** |
| | List the contract number of any government contract | | |

Debtor    **JL Texas Pallets & Logistics LLC**                                    Case number *(if known)*
      Name

**Additional Page if Debtor Has More Executory Contracts or Unexpired Leases**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5 | State what the contract or lease is for and the nature of the debtor's interest | **2022 Doosan G35S-7 Lift Truck** | **PNC Equipment Finance Lease** |
|---|---|---|---|
| | | **Contract to be REJECTED** | **655 Business Center Drive** |
| | State the term remaining | **39 months** | **Horsham, PA 19044** |
| | List the contract number of any government contract | | |

| 2.6 | State what the contract or lease is for and the nature of the debtor's interest | **Forklift** | **Toyota Industries Comm. Fin. Inc.** |
|---|---|---|---|
| | | **Contract to be REJECTED** | **PO Box 9050** |
| | State the term remaining | **0 months** | **Coppell, TX 75019** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name    **JL Texas Pallets & Logistics LLC**

United States Bankruptcy Court for the:    **Southern**    District of    **Texas**

(State)

Case number (If known): _____

☐ Check if this is an amended filing

Official Form 206H

# Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

**1.    Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2.    In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1  **Jerry S. Marshall** | **22715 Cosburn Lane**<br>Street<br><br>**Tomball, TX 77375**<br>City          State          ZIP Code | **Millstone Funding, Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| | | **Clicklease LLC** | ☐ D<br>☑ E/F<br>☐ G |
| | | **Hanmi Bank** | ☑ D<br>☐ E/F<br>☐ G |
| | | **OnDeck Capital Inc.** | ☑ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street<br><br>City          State          ZIP Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

Debtor   **JL Texas Pallets & Logistics LLC**
Name

Case number (if known) _____

| Additional Page if Debtor Has More Codebtors |
|---|

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| | **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.4 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 | _____ | Street _____ <br> _____ <br> City      State      ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name **JL Texas Pallets & Logistics LLC**

United States Bankruptcy Court for the:
**Southern District of Texas**

Case number (if known): _____ Chapter __11__

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

**12/15**

| **Part 1:** | Summary of Assets |
|---|---|

**1. Schedule A/B: Assets–Real and Personal Property** (Official Form 206A/B)

   1a. **Real Property:**

      Copy line 88 from *Schedule A/B*.................................................................................

$0.00

   1b. **Total personal property:**

      Copy line 91A from *Schedule A/B*...............................................................................

$262,449.97

   1c. **Total of all property:**

      Copy line 92 from *Schedule A/B*.................................................................................

$262,449.97

| **Part 2:** | Summary of Liabilities |
|---|---|

**2. Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)

   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*.................

$572,102.98

**3. Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**

      Copy the total claims from Part 1 from line 5a of *Schedule E/F*...................................................

$0.00

   3b. **Total amount of claims of non-priority amount of unsecured claims:**

      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................................

+ $861,814.66

**4. Total liabilities**...........................................................................................................................
   Lines 2 + 3a + 3b

$1,433,917.64

Fill in this information to identify the case:

Debtor name _____**JL Texas Pallets & Logistics LLC**_____

United States Bankruptcy Court for the:

_____**Southern District of Texas**_____

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy   04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:   Income

**1.   Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $477,025.97 |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,741,157.43 |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | ☑ Operating a business<br>☐ Other _____ | $2,207,505.00 |

**2.   Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☑ None

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From **01/01/2024** to Filing date<br>MM/ DD/ YYYY | | |
| **For prior year:** From **01/01/2023** to **12/31/2023**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |
| **For the year before that:** From **01/01/2022** to **12/31/2022**<br>MM/ DD/ YYYY        MM/ DD/ YYYY | | |

Debtor **JL Texas Pallets & Logistics LLC**                     Case number *(if known)* _____

Name

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---------|---------|

**3.** **Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Lodge Lumber Company**<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____ | _____ | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☑ Suppliers or vendors<br>☐ Services<br>☐ Other _____ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or co-signed by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☑ None

| Insider's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. _____<br>Creditor's name<br><br>Street<br><br><br>City          State     ZIP Code | _____ | _____ | _____<br><br>_____<br><br>_____ |
| **Relationship to debtor**<br><br>_____ | | | |

**5.** **Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☑ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|

Debtor  **JL Texas Pallets & Logistics LLC**                                          Case number *(if known)* _____
                Name

5.1. _____          _____   _____   _____
     Creditor's name

     _____
     Street

     _____

     _____
     City                    State    ZIP Code

## 6.  Setoffs

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|
| 6.1. _____<br>Creditor's name<br><br>_____<br>Street<br><br>_____<br><br>_____<br>City        State    ZIP Code | _____<br><br>XXXX–__ __ __ __ | _____ | _____ |

---

**Part 3:**  Legal Actions or Assignments

## 7.  Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| **7.1. Millstone Funding Inc vs JL Texas Pallets & Logistics**<br><br>**Case number**<br>**531444/2023** | **Contract** | **Kings County Supreme Court**<br>Name<br><br>Street<br><br>_____<br>City        State    ZIP Code | ☐ Pending<br>☐ On appeal<br>☑ Concluded |
| **7.2. All Star Forest Products, Inc. vs JL Texas Pallets & Logistics et al**<br><br>**Case number**<br>**24-375** | **Contract/debt** | **In the County Court of Hinds County, Mississippi**<br>Name<br><br>Street<br><br>_____<br>City        State    ZIP Code | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

Debtor    **JL Texas Pallets & Logistics LLC**
          Name                                                              Case number *(if known)*

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.3. | **ODK Capital LLC v. JL Texas Pallets; et al** | **Breach of contract and guarantee** | **Third Judicial District Court, Salt Lake City Department - Salt Lake County** <br> Name <br><br> Street <br><br><br> City        State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **249902117** | | | |

| | Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.4. | **Hanmi Bank v. JL Texas Pallets F& Logistics LLC et al** | | **Tarrant County Court at Law No. 1** <br> Name <br> **100 W. Weatherford St Room 490** <br> Street <br><br> **Fort Worth, TX 76196** <br> City        State     ZIP Code | ☑ Pending <br> ☐ On appeal <br> ☐ Concluded |
| | **Case number** <br><br> **2024-003821-2** | | | |

**8.    Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| 8.1. | Custodian's name and address | Description of the property | Value |
|---|---|---|---|
| | Custodian's name <br><br> Street <br><br><br> City        State     ZIP Code | **Case title** <br><br> **Case number** <br><br> **Date of order or assignment** | **Court name and address** <br> Name <br><br> Street <br><br><br> City        State     ZIP Code |

---

**Part 4:**   Certain Gifts and Charitable Contributions

**9.    List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☑ None

Debtor    **JL Texas Pallets & Logistics LLC** _____    Case number *(if known)* _____
          Name

| 9.1. | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| | Recipient's name _____ | _____ | _____ | _____ |
| | Street _____ | | | |
| | _____ | | | |
| | City      State    ZIP Code | | | |
| | **Recipient's relationship to debtor** | | | |
| | _____ | | | |

## Part 5:  Certain Losses

**10.  All losses from fire, theft, or other casualty within 1 year before filing this case.**

☑ None

| | Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets – Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|---|
| 10.1. | _____ | _____ | _____ | _____ |

## Part 6:  Certain Payments or Transfers

**11.  Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

❑ None

| 11.1. | Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| | **The Lane Law Firm** | **Attorney's Fee** | **12/11/2023** | **$5,000.00** |
| | **Address** | **Attorney's Fee** | **12/12/2023** | **$5,000.00** |
| | **6200 Savoy Dr Ste 1150**<br>Street | **Attorney's Fee** | **01/12/2024** | **$5,000.00** |
| | _____ | **Attorney's Fee** | **01/24/2024** | **$15,000.00** |
| | **Houston, TX 77036-3369**<br>City      State    ZIP Code | **Attorney Fees** | **05/06/2024** | **$8,215.65** |
| | **Email or website address** | **Attorney Fees** | **05/22/2024** | **$1,500.00** |
| | **billing@lanelaw.com** | **Attorney Fees** | **05/28/2024** | **$7,759.29** |
| | **Who made the payment, if not debtor?** | **Filing Fees** | **06/03/2024** | **$2,000.00** |
| | _____ | | | |

Debtor  **JL Texas Pallets & Logistics LLC**                                      Case number *(if known)*
            Name

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

☑ None

| 12.1. | Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Trustee | | | |
| | | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☑ None

| 13.1. | Who received the transfer? | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| | | | | |
| | Address | | | |
| | Street | | | |
| | | | | |
| | City        State      ZIP Code | | | |
| | Relationship to debtor | | | |
| | | | | |

| **Part 7:** | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☐ Does not apply

| Address | Dates of occupancy |
|---|---|
| 14.1. **6838 Bourgeois Road** | From _____ To **April 2024** |
| Street | |
| | |
| **Houston, TX 77066** | |
| City        State      ZIP Code | |

Debtor  **JL Texas Pallets & Logistics LLC** _____  Case number *(if known)* _____
              Name

| Part 8: | Health Care Bankruptcies |

**15.  Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
—diagnosing or treating injury, deformity, or disease, or
—providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| 15.1. _____ Facility name _____ Street _____ City          State     ZIP Code | _____ **Location where patient records are maintained**(if different from facility address). If electronic, identify any service provider. _____ | _____ **How are records kept?** *Check all that apply:* ☐ Electronically ☐ Paper |

| Part 9: | Personally Identifiable Information |

**16.  Does the debtor collect and retain personally identifiable information of customers?**

☑ No.

☐ Yes. State the nature of the information collected and retained. _____

      Does the debtor have a privacy policy about that information?

      ☐ No

      ☐ Yes

**17.  Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b) or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.

☐ Yes. Does the debtor serve as plan administrator?

      ☐ No. Go to Part 10.

      ☐ Yes. Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| _____ | EIN: $\_\_ \_\_ - \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_$ |

      Has the plan been terminated?

      ☐ No

      ☐ Yes

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |

**18.  Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| Financial institution name and address | Last 4 digits of account number | Type of account | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

Debtor  **JL Texas Pallets & Logistics LLC**                                    Case number *(if known)* _____
_____
Name

| 18.1 | **Stellar Bank** | XXXX– **0  5  8  1** | ☑ Checking | **04/01/2024** | **$0.00** |
|---|---|---|---|---|---|

Name
_____

☐ Savings

Street
_____

☐ Money market

_____

☐ Brokerage

☐ Other

City                    State    ZIP Code                                                    _____

| 18.2 | **Chase** | XXXX– **1  9  1  7** | ☑ Checking | **04/01/2024** | **$0.00** |
|---|---|---|---|---|---|

Name
_____

☐ Savings

Street
_____

☐ Money market

_____

☐ Brokerage

☐ Other

City                    State    ZIP Code                                                    _____

**19. Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| 19.1 | Depository institution name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

**20. Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| 20.1 | Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|---|
| | | | | ☐ No |
| | Name | | | ☐ Yes |
| | Street | | | |
| | | **Address** | | |
| | City          State    ZIP Code | | | |

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

**21. Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

Debtor  **JL Texas Pallets & Logistics LLC**

Name

Case number *(if known)*

| Owner's name and address | Location of the property | Description of the property | Value |
|---|---|---|---|
| Name | | | |
| Street | | | |
| City           State    ZIP Code | | | |

## Part 12: Details About Environmental Information

For the purpose of Part 12, the following definitions apply:

■ *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

■ *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

■ *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☑ No

☐ Yes. Provide details below.

| Case title | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | Name | | ☐ Pending |
| Case number | Street | | ☐ On appeal |
| | | | ☐ Concluded |
| | City           State    ZIP Code | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City           State    ZIP Code | City           State    ZIP Code | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☑ No

☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| Name | Name | | |
| Street | Street | | |
| City          State    ZIP Code | City          State    ZIP Code | | |

---

**Part 13:** Details About the Debtor's Business or Connections to Any Business

**25. Other businesses in which the debtor has or has had an interest**

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☑ None

| Business name and address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| 25.1. | | EIN: __ __ – __ __ __ __ __ __ __ |
| Name | | **Dates business existed** |
| Street | | From _____ To _____ |
| City          State    ZIP Code | | |

**26. Books, records, and financial statements**

26a.   List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service |
|---|---|
| 26a.1. **JL Intergrated Business Services**<br>Name<br>**22715 Cosburn Ln**<br>Street<br><br>**Tomball, TX 77375**<br>City          State          ZIP Code | From **April 2021**   To **Present** |

26b.   List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☑ None

| Name and address | Dates of service |
|---|---|
| 26b.1.<br>Name<br><br>Street<br><br>City          State          ZIP Code | From _____   To _____ |

Debtor **JL Texas Pallets & Logistics LLC**

Name

Case number *(if known)*

**26c.** List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| **26c.1.** **Jerry S. Marshall & Lina Marshall**<br>Name<br>**22715 Cosburn Ln**<br>Street<br>**Tomball, TX 77375**<br>City          State          ZIP Code | |

**26d.** List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|
| **26d.1.**<br>Name<br>Street<br>City          State          ZIP Code |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| | | |

| Name and address of the person who has possession of inventory records |
|---|
| **27.1.**<br>Name<br>Street<br>City          State          ZIP Code |

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Jerry S. Marshall** | **22715 Cosburn Lane Tomball, TX 77375** | **Managing Member, Owner** | **50.00%** |
| **Lina Marshall** | **22715 Cosburn Lane Tomball, TX 77375** | **Member, Owner** | **50.00%** |

Debtor    **JL Texas Pallets & Logistics LLC**                 Case number *(if known)*
       Name

**29.  Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No

☐ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|------|---------|-------------------------------------|---------------------------------------------------|
| _____ | _____ , | _____ | From _____ <br> To _____ |

**30.  Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. **Lina Marshall** <br> Name <br><br> **22715 Cosburn Lane** <br> Street <br><br> **Tomball, TX 77375** <br> City    State    ZIP Code | **$53846** | **6/1/2023 - 6/1/2024** | **Salary - chief operating officer - ran production** |
| Relationship to debtor <br><br> **Member** | | | |

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.2. **Jerry S. Marshall** <br> Name <br><br> **22715 Cosburn Lane** <br> Street <br><br> **Tomball, TX 77375** <br> City    State    ZIP Code | **$7,240.00** | **6/1/2023 - 6/1/2024** | **Owner Distributions** |
| Relationship to debtor <br><br> **Managing Member** | | | |

**31.  Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|
| _____ | EIN: __ __ – __ __ __ __ __ __ __ |

**32.  Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No

Debtor     **JL Texas Pallets & Logistics LLC**        Case number *(if known)*
      Name

☐ **Yes. Identify below.**

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | EIN: _ _ – _ _ _ _ _ _ _ |

---

## Part 14:   Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **06/11/2024**
          MM/ DD/ YYYY

**X** **/s/ Jerry Marshall**         Printed name         **Jerry Marshall**
    Signature of individual signing on behalf of the debtor

Position or relationship to debtor     **JSM Member**

**Are additional pages to** *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* **(Official Form 207) attached?**

☑ No
☐ Yes

Fill in this information to identify the case:

Debtor name        **JL Texas Pallets & Logistics LLC**

United States Bankruptcy Court for the:

        **Southern District of Texas**

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an *insider*, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | All Star Forest Productions, Inc. PO Box 7538 Jackson, MS 39284 | | Vendors | | | | $126,000.00 |
| 2 | Alpine Lumber 13913 Greenland Drive Stafford, TX 77477 | | Materials | | | | $33,315.33 |
| 3 | Birmingham International Forest Products 300 Riverhills Business Park Suite 320 Birmingham, AL 35242 | | Materials | | | | $7,934.98 |
| 4 | BlueVine Capital Inc. 401 Warren St 300 Redwood City, CA 94063 | | Line of Credit | | | | $78,518.65 |
| 5 | CIT Bank Direct Capital 155 Commerce Way Portsmouth, NH 03801 | | Purchase Money Security | | $70,544.55 | $28,000.00 | $42,544.55 |
| 6 | Clicklease LLC 1182W W 2400 S West Valley City, UT 84119 | | Lease Rejection | | | | $14,186.87 |
| 7 | East Montgomery Co. Economic Dev. Corp. 21575 US Hwy 59 N 200 Splendora, TX 77372 | | UCC | | | | $55,409.11 |
| 8 | First Citizens Bank & Trust Attn: Recovery 10201 Centurion Parkway N Jacksonville, FL 32256 | | | | | | $6,699.89 |

Debtor   **JL Texas Pallets & Logistics LLC**

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9   GKI Infill Houston LLC<br>10275 W Higgins Rd 810<br>Des Plaines, IL 60018 | | Lease Rejection | | | | $346,955.48 |
| 10   Hanmi Bank<br>2010 Main Street 590<br>, 92614 | | | | $29,552.68 | $18,000.00 | $11,552.68 |
| 11   Legacy Wood Products, LLC<br>1050 Girdley Street<br>West Plains, MO 65775 | | Inventory Purchases | | | | $13,811.20 |
| 12   Lodge Lumber Company<br>5001 Oates Road<br>Houston, TX 77013 | | Materials | | | | $56,821.47 |
| 13   Millstone Funding, Inc.<br>PO Box 43575<br>Cincinnati, OH 45243 | | UCC | Disputed | | | $90,249.95 |
| 14   OnDeck Capital Inc.<br>Attn: Director of Operations<br>4700 W. Daybreak Pwy Suite 200<br>South Jordan, UT 84009 | | UCC | | | | $162,921.00 |
| 15   Sapphire Lumber Company<br>548 Tammany Lane<br>Hamilton, MT 59840 | | Materials | | | | $109,000.00 |
| 16   Southern Carlson<br>7425 Pinemont Drive Suite 300<br>Houston, TX 77040 | | Materials | | | | $17,902.88 |
| 17   T J Forest Inc<br>104 3rd Street S<br>Nampa, ID 83651 | | Materials | | | | $14,500.00 |
| 18   Targeted Lease Capital<br>5500 Main Street Suite 300<br>Buffalo, NY 14221 | | Purchase Money Security | | $39,358.40 | $25,000.00 | $14,358.40 |
| 19   UFP Western Division<br>2801 East Beltline NE<br>Grand Rapids, MI 49525 | | Materials | | | | $20,000.00 |
| 20   W.W. Grainger Inc<br>401 South Wright Rd W4W.R47<br>Janesville, WI 53546 | | Vendor | | | | $10,345.00 |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Southern District of Texas

**In re**    JL Texas Pallets & Logistics LLC

Case No. _____

**Debtor**

Chapter _____11_____

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1.    Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

For legal services, I have agreed to accept ............................................................................... **$1,738.00**

Prior to the filing of this statement I have received ................................................................. **$0.00**

Balance Due ............................................................................................................................... **$1,738.00**

2.    The source of the compensation paid to me was:

    ☑ Debtor        ☐ Other (specify)

3.    The source of compensation to be paid to me is:

    ☑ Debtor        ☐ Other (specify)

4.    ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a other person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.    Analysis of the debtor' s financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;

    b.    Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;

    c.    Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6.    By agreement with the debtor(s), the above-disclosed fee does not include the following services:

B2030 (Form 2030) (12/15)

<div style="border:1px solid black; padding:10px;">

## CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

| __06/11/2024__ | __/s/ Robert C Lane__ |
|---|---|
| *Date* | Robert C Lane |
| | *Signature of Attorney* |

<div align="right">

Bar Number: 24046263
The Lane Law Firm
6200 Savoy Dr Ste 1150
Houston, TX 77036-3369
Phone: (713) 595-8200
Fax: (713) 595-8201

</div>

__The Lane Law Firm__
*Name of law firm*

</div>

**IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE: **JL Texas Pallets & Logistics LLC**                                          CASE NO

                                                                                      CHAPTER **11**


**VERIFICATION OF CREDITOR MATRIX**

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date _____**06/11/2024**_____          Signature _____**/s/ Jerry Marshall**_____
                                                          Jerry Marshall, JSM Member

48FORTY SOLUTIONS
11740 KATY FREEWAY SUITE 1200
HOUSTON, TX 77079

ALL STAR FOREST
PRODUCTIONS, INC.
PO BOX 7538
JACKSON, MS 39284

ALLY BANK
C/O AIS PORTFOLIO SERVICES LLC
4515 N SANTA FE AVE DEPT APS
OKLAHOMA CITY, OK 73118

ALPINE LUMBER
13913 GREENLAND DRIVE
STAFFORD, TX 77477

ASCENTIUM CAPITAL
AKA REGIONS BANK
23970 US-59
KINGWOOD, TX 77339

ASCENTIUM CAPITAL
23970 HIGHWAY 59 NORTH
KINGWOOD, TX 77339

BIRMINGHAM
INTERNATIONAL FOREST
PRODUCTS
300 RIVERHILLS BUSINESS PARK SUITE
320
BIRMINGHAM, AL 35242

BLUEVINE CAPITAL INC.
401 WARREN ST 300
REDWOOD CITY, CA 94063

CAPITAL ONE NA BY
AMERICAN INFOSOURCE AS
AGENT
4515 N SANTE FE AVE
OKLAHOMA CITY, OK 73118


CIT BANK DIRECT CAPITAL
155 COMMERCE WAY
PORTSMOUTH, NH 03801


CLICKLEASE LLC
1182W W 2400 S
WEST VALLEY CITY, UT 84119


CP-632 NORTHEW LLC
PO BOX 800239
DALLAS, TX 75380-0239


DEREK A. HENDERSON,
ATTORNEY AT LAW
1765-A LELIA DRIVE SUITE 103
JACKSON, MS 39216


EAST MONTGOMERY CO.
ECONOMIC DEV CORP
21575 US HWY 59 N STE 200
SPLENDORA, TX 77372


EAST MONTGOMERY CO.
ECONOMIC DEV. CORP.
21575 US HWY 59 N 200
SPLENDORA, TX 77372


FIRST CITIZENS BANK &
TRUST
ATTN: RECOVERY
10201 CENTURION PARKWAY N
JACKSONVILLE, FL 32256

FPIP TX1, L.P.
8381 WESTVIEW DRIVE SUITE 200
HOUSTON, TX 77055


GKI INFILL HOUSTON LLC
10275 W HIGGINS RD 810
DES PLAINES, IL 60018


HANMI BANK
2010 MAIN STREET 590
92614


JERRY S. MARSHALL
22715 COSBURN LANE
TOMBALL, TX 77375


JL TEXAS PALLETS &
LOGISTICS LLC
632 NORTHEW STREET STE C
HOUSTON, TX 77091


MARK A. KIRKORSKY
PO BOX 25287
TEMPE, AZ 85285


LEGACY WOOD PRODUCTS,
LLC
1050 GIRDLEY STREET
WEST PLAINS, MO 65775


LODGE LUMBER COMPANY
5001 OATES ROAD
HOUSTON, TX 77013

MARKS RICHARDSON PC
3700 BUFFALO SPEEDWAY STE 830
HOUSTON, TX 77098


MILLSTONE FUNDING, INC.
PO BOX 43575
CINCINNATI, OH 45243


ONDECK CAPITAL INC.
ATTN: DIRECTOR OF OPERATIONS
4700 W. DAYBREAK PWY SUITE 200
SOUTH JORDAN, UT 84009


PADFIELD & STOUT
420 THROCKMORTON STREET SUITE
1210
FORT WORTH, TX 76102


PNC BANK
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044


PNC EQUIPMENT FINANCE
LEASE
655 BUSINESS CENTER DRIVE
HORSHAM, PA 19044


SAPPHIRE LUMBER COMPANY
548 TAMMANY LANE
HAMILTON, MT 59840


SOUTHERN CARLSON
7425 PINEMONT DRIVE SUITE 300
HOUSTON, TX 77040

T J FOREST INC
104 3RD STREET S
NAMPA, ID 83651


TARGETED LEASE CAPITAL
5500 MAIN STREET SUITE 300
BUFFALO, NY 14221


THE LANE LAW FIRM
6200 SAVOY SUITE 1150
HOUSTON, TX 77036


THE LANE LAW FIRM
6200 SAVOY DR STE 1150
HOUSTON, TX 77036-3369


TOYOTA COMMERCIAL
FINANCE
C/O WELTMAN, WEINBERG, REIS CO.
965 KEYNOTE CIRCLE
INDEPENDENCE, OH 44131

TOYOTA INDUSTRIES COMM.
FIN. INC.
PO BOX 9050
COPPELL, TX 75019


UFP WESTERN DIVISION
2801 EAST BELTLINE NE
GRAND RAPIDS, MI 49525


W.W. GRAINGER INC
401 SOUTH WRIGHT RD W4W.R47
JANESVILLE, WI 53546

ZWICKER & ASSOCIATES PC
80 MINUTEMAN RD
ANDOVER, MA 01810